**SEMA F. LUALEMAGA, Plaintiff,**

**v.**

**SALOTE SCHUSTER, OFFICE OF TERRITORIAL REGISTRAR, Defendant.**

High Court of American Samoa
Land and Titles Division

MT No. 04-05

October 24, 2005

Before KRUSE, Chief Justice; SAGAPOLUTELE, Chief Associate Judge; and MAMEA, Associate Judge.

Counsel: For Plaintiff, Mark Ude
        For Defendant, David Cassetty, Assistant Attorney General

## ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

■ Motion for judgment on the pleadings is granted. First, this is not a "disputed [matai] claim" within the meaning of A.S.C.A. § 1.0409, nor a controver[s]y over [a] matai title[]" within the meaning of A.S.C.A. § 43.0302—the defendant Territorial Registrar is not a counter-claimant to the disputed *matai* title. Second, plaintiff's petition for declaratory relief does not come within the parameters of A.S.C.A. § 43.1101—"a declaration of . . . rights or duties with respect to another. . . ." Third, the net effect of plaintiff's petition is a dismissal/cancellation of Isameli A. Anae's succession claim to the Faleafaga/Aofaga *matai* title[1] through collateral action. Accordingly, elementary due process would therefore demand that Isameli A. Anae be first given an opportunity to notice and the opportunity to be heard. In other words, he is a necessary party.[2]

It is so ordered.

■

---

[1] We take judicial notice of the file in MT No. 03-03.

[2] Given plaintiff's offer to register and Anae's counterclaim thereto, there is presumably a *matai* title dispute in the pipeline. Until such time as the Secretary of Samoan Affairs certifies an irreconcilable dispute under § 43.0302, the matter is not ripe for judicial determination.